

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00771-CR

John David **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 11-05-075-CRW
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 1, 2017.

Luz Elena D. Chapa, Justice